IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARSHA NICHOLSON                                                                           PLAINTIFF

vs.                                     Civil No. 1:16-cv-01031-BAB

NANCY A. BERRYHILL                                                                         DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 28th day of July 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                 /s/  Barry A. Bryant
                                                                 HON. BARRY A. BRYANT
                                                                 U. S. MAGISTRATE JUDGE